FILED
United States Court of Appeals
Tenth Circuit

November 18, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

JIE LIU,

    Petitioner,

v.

ERIC H. HOLDER, JR., United States Attorney General,

    Respondent.

No. 14-9543

———————————————

**ORDER**

———————————————

Before **HARTZ**, **BALDOCK**, and **BACHARACH**, Circuit Judges.

———————————————

    Petitioner's petition for rehearing is denied.

           Entered for the Court

           ELISABETH A. SHUMAKER, Clerk